Exhibit 9

Section 1:

Cause No. cv-03480-14-10                          Date:  October 26, 2015

KELVIN ALSBROOKS

vs.

PARAGON OFFSHORE DRILLING, LLC, ET AL

Section 2:

Check Process Type:

■ Citation     □ Precept to Service/Notice of Hearing/Notice to Show Cause

□ Temporary Restraining Order

□ Application for Protective Order / Temporary (Ex Parte) Protective Order

□ Notice of Registration of Foreign judgment    □ Citation by Posting

□ Writ of _____    □ Other

□ Citation by Publication* - Newspaper: _____

□ Check box if you would like the District Clerk's Office to make copies for your service.  ($1.00 per page per pleading for copies for service).

Section 3:

Title of Document/Pleading to be attached for service:  **Plaintiff's Original Petition, Certificate of Written Discovery, Request for Disclosure, Interrogatories and Request for Production**

**WE WILL MAIL YOU COPIES TO BE ATTACHED TO SERVICE, ALONG WITH A SELF-ADDRESSED, POSTAGE-PAID ENVELOPE, IMMEDIATELY UPON ACCEPTANCE OF EFILING**

Section 4:  PARTIES TO BE SERVED (Please type or print):

1.    Name:       **Petróleos Mexicanos S.A. de C.V.**
      Address:    Avenida Marina Nacional No. 329, Colonia Petróleos Mexicanos, Mexico, DF 11311, Mexico.

2.    Name:       **Petróleos Mexicanos S.A. de C.V.   (PLEASE ISSUE IN DUPLICATE)**
      Address:    by serving its wholly owned subsidiary, Pemex Procurement International, Inc.10344 Sam Houston Park Drive, Suite 100, Houston, Texas, 77064.

3.    Name:       **Pemex Procurement International, Inc.**
      Address:    by serving its registered agent for service, Arnoldo Solis, 10344 Sam Houston Park Drive, Suite 100, Houston, Texas, 77064.

4.    Name:       **PEMEX Exploración y Producción**
      Address:    c/o Petróleos Mexicanos S.A. de C.V., Avenida Marina Nacional No. 329, Colonia Petróleos Mexicanos, Mexico, DF 11311, Mexico.

5.    Name:       **PEMEX Exploración y Producción   (PLEASE ISSUE IN DUPLICATE)**
      Address:    by serving its wholly owned co-subsidiary, Pemex Procurement International, Inc.10344 Sam Houston Park Drive, Suite 100, Houston, Texas, 77064.

Section 5:
Check Service Type:

| | | | |
|---|---|---|---|
| ☐ | No Service | ☐ | Secretary of State |
| ☐ | Sheriff | ☐ | Commission of Insurance |
| ☐ | Constable Pct. | ☐ | Out of County |
| ☐ | Out of State | ■ | Private Process |
| ☐ | Certified Mail | ☐ | Other |

Section 6 (<u>ONLY</u> if Section 7 does not apply):

Attorney Name:     B. ADAM TERRELL
Address:              PO Box 350
                          Beaumont, TX  77704
Attorney's Telephone No.:  (409) 838-0101
Attorney's Bar No.: 19790900

Section 7 (<u>ONLY</u> if Section 6 does not apply):
Pro-Se Name:

Address:  _____

Telephone:  _____

Section 8:
Check Delivery Type:

☐ Hold for pick up            ■ Mail to Attorney